UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CYNTHIA GRAHAM PAYNE,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>HUMANA MARKETPOINT, INC.,  §<br>§<br>Defendant.  § | CIVIL ACTION NO. C-09-208 |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Magistrate Judge Owsley's Memorandum and Recommendation to Grant Defendant's Motion for Summary Judgment entered this day, the Court hereby enters a Final Judgment dismissing Plaintiff's action.

**ORDERED** this 14th day of September 2011.

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**